```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  CHRISTINA DEANNE ALEXANDER
 7
                    IN THE UNITED STATES DISTRICT COURT
 8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10
11
    UNITED STATES OF AMERICA,       )  NO. CR-S-07-0463 GEB
12                                  )
                 Plaintiff,         )  STIPULATION AND [PROPOSED] ORDER
13                                  )  CONTINUING STATUS CONFERENCE
         v.                         )
14                                  )
    CHRISTINA DEANNE ALEXANDER,     )  Date:  November 30, 2007
15  et al.,                         )  Time:  9:00 a.m.
                                    )  Judge: Hon. Garland E. Burrell,
16               Defendants.        )         Jr.
                                    )
17  _____
18
19       It is hereby stipulated and agreed to between the United States of
20  America through Russell L. Carlberg, Assistant United States Attorney,
21  CHRISTINA DEANNE ALEXANDER, by and through her counsel Matthew C.
22  Bockmon, Assistant Federal Defender, and STEVEN CHRISTOPHER FLOCK, by
23  and through his counsel Dina Lee Santos, that the status conference
24  presently scheduled for November 9, 2007, be vacated and rescheduled
25  for status conference on November 30, 2007, at 9:00 a.m.
26       This continuance is being requested because of on-going defense
27  investigation and preparation.
28       IT IS FURTHER STIPULATED that the period from November 9, 2007,
```

1  through and including November 30, 2007, be excluded in computing the
2  time within which trial must commence under the Speedy Trial Act,
3  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for
4  continuity and preparation of counsel.
5  Dated: November 8, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
CHRISTINA DEANNE ALEXANDER


/s/ Matthew C. Bockmon for
_____
DINA LEE SANTOS
Attorney for Defendant
STEVEN CHRISTOPHER FLOCK

Dated: November 8, 2007

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
RUSSELL L. CARLBERG
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated:  November 13, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order                               2